UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| FARNSWORTH GROUP, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 4:05CV236-SNL |
| ) | |
| ROBERT PRAGER, P.E., D. MUNSELL ) | |
| McPHILLIPS, Ph.D., and INTUITION & LOGIC, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This case is set for jury trial May 1, 2006 and as mediation will not occur until April 28, 2006, should mediation fail, it will be difficult to try the case when set.

**IT IS THEREFORE ORDERED** that, by agreement of the parties, this case is **RESET** for jury trial *June 12, 2006* at 9:30 a.m. in Courtroom 3. Pretrial responses have been filed and objections will be due June 2, 2006.

Dated this   20th   day of April, 2006.

_____
SENIOR UNITED STATES DISTRICT JUDGE