**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| THE FARNSWORTH GROUP, INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 4:05CV236-SNL |
| INTUITION AND LOGIC, et al., | ) ) ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that this cause of action is passed for settlement. The stipulation for dismissal shall be filed no later than June 26, 2006.

**IT IS FURTHER ORDERED** that all pending motions relating to this case are moot as a result of this dismissal.

Dated this  30th  day of May, 2006.

_/s/ Stephen N. Limbaugh_
SENIOR UNITED STATES DISTRICT JUDGE

PDF created with FinePrint pdfFactory trial version www.pdffactory.com